1  GREGORY B. WOOD (BAR NO. 068064)
   FULBRIGHT & JAWORSKI L.L.P.
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, CA 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494
   E-Mail: gwood@fulbright.com
5
   JOSEPH P. ZAMMIT (*Admitted Pro Hac Vice*)
6  EDWARD P. DOLIDO (*Admitted Pro Hac Vice*)
   FULBRIGHT & JAWORSKI L.L.P.
7  666 Fifth Avenue
   New York, NY 10103-3198
8  Telephone: (212) 318-3000
   Facsimile: (212) 318-3400
9  E-Mail: jzammit@fulbright.com
           edolido@fulbright.com
10
   Attorneys for Defendant
11 GREENWICH CAPITAL MARKETS, INC.

12 VONNAH M. BRILLET (BAR NO. 226545)
   LAW OFFICES OF VONNAH M. BRILLET
13 2777 Alvarado Street, Suite E
   San Leandro, CA 94577
14 Telephone: (510) 351-5345
   Facsimile: (510) 351-5348
15 E-Mail: BrilletLaw@yahoo.com

16 Attorneys for plaintiff
   NETBULA, LLC
17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>GREENWICH CAPITAL MARKETS, INC., a Delaware corporation, and DOES 1-10, inclusive,,<br><br>        Defendants. | Case No. C 06-07143-MJJ<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

DOCUMENT PREPARED ON RECYCLED PAPER

65036459.1

- 1 -

```
 1        IT IS HEREBY STIPULATED by and between the parties to this action
 2   through their designated counsel that the above-captioned action be and hereby is
 3   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
 4   Each side will bear its own costs and attorneys' fees.
 5
 6   Dated: October 5, 2007         LAW OFFICES OF VONNAH M. BRILLET
 7
 8                                  By: /s/ Vonnah M. Brillet
                                        Vonnah M. Brillet
 9
10                                      Attorneys for Plaintiff
                                        NETBULA, LLC
11
12   Dated: October 9, 2007         FULBRIGHT & JAWORSKI L.L.P.
13
14                                  By: /s/ Gregory B. Wood
                                        Gregory B. Wood
15
16                                      Attorneys for Defendants
                                        GREENWICH CAPITAL MARKETS, INC.
17
18
19                                  ORDER
20        IT IS HEREBY ORDERED, pursuant to the above Stipulation, the above-
21   captioned action be and hereby is DISMISSED with Prejudice, each party to bear
22   its own costs and attorneys' fees.
23
24   Dated:  10/17/07
25                                  Hon. Martin J. Jenkins
                                    United States
26
27
28
```

*Judge Martin J. Jenkins — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (seal)*