1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:      (510) 351-5345
4  Facsimile:      (510) 351-5348
   E-Mail:         BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC

7

8  NETBULA, LLC., a Delaware limited liability
   company,                                          Case No.    C06-07143-MJJ
9                          Plaintiff,
          v.
10                                                    **PLAINTIFF NETBULA, LLC'S**
                                                      **ADMINISTRATIVE MOTION TO**
   Greenwich Capital Markets, Inc., and DOES          **WITHDRAW THE FUND DEPOSITED**
11 1-10, inclusive,                                   **AND [PROPOSED] ORDER**
12                         Defendants

13

14        On November 22, 2006, the Court granted Plaintiff's Application for a Temporary

15 Restraining Order and Preliminary Injunction, which required a bond of $10,000. On the same day,

16 Plaintiff deposited $10,000 in cash (receipt no. 4413562) for the satisfaction of the bond.

17        On October 15, 2007, the Parties of the instant action reached a settlement and filed a

18 stipulated dismissal of the case.

19

20        Pursuant to 28 U.S.C. § 2042, Plaintiff respectfully requests that the Court permit Plaintiff

21 to withdraw the fund deposited.

22

23

24 Dated:   October 17, 2007            LAW OFFICES OF VONNAH M. BRILLET

25

26
                                       _____/S/_____
27                                  By:   VONNAH M. BRILLET
                                          Attorneys for Plaintiff NETBULA, LLC
28

-1-

1

[PROPOSED] **ORDER**

2

3          IT IS HEREBY ORDERED that Plaintiff is permitted to withdraw the fund deposited with

4     the Court for the bond posted on November 22, 2006 bearing receipt number 4413562.

5

6

7     Dated: _____11/01/07_____

8                                              Hon. Martin J. Jenkins
                                               United States District Judge
9

10

11                                             Judge Martin J. Jenkins

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

C06—07143-MJJ                                        Administrative Motion for Withdrawal of Deposit